RECEIVED

DEC 1 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| MARIE EDITH LEGER | * | CIVIL ACTION NO. 13-0393 |
| VERSUS | * | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion to Dismiss or Alternatively, Motion for Summary Judgment [rec. doc. 15] is **GRANTED**, and that this case is hereby **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana, this 16 day of December, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE